IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20190
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MICHAEL D. BROWN,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-92-CR-ALL
--------------------

December 16, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     The Assistant Federal Public Defenders appointed to
represent Michael Dejean Brown have filed a motion to withdraw
from representation of Brown and a brief as required by *Anders v.
California*, 386 U.S. 738 (1967).  Brown has responded to
counsel's motion.  Our independent review of the brief, the
record, and Brown's response discloses no nonfrivolous issue.
Accordingly, Brown's court-appointed attorneys' motion to

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

withdraw is GRANTED; the attorneys are excused from further responsibilities herein and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.